```
1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  MOLLY A. FRIEND (CABN 289677)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7177
6       Facsimile: (415) 436-6748
        molly.friend@usdoj.gov
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSMA POUDEL,<br><br>           Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, *et al.*,<br><br>           Defendants. | Case No. 3:24-cv-07805 LJC<br><br>**STIPULATION TO STAY PROCEEDINGS;<br>ORDER** |

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until December 19, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

1.    Plaintiff filed this mandamus action seeking adjudication of her Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") scheduled an interview for August 21, 2025. USCIS will work diligently towards completing adjudication of the I-589 application, absent the need for further adjudicative action or unforeseen circumstances that would require additional time for adjudication. If USCIS needs to reschedule Plaintiff's interview, USCIS will do its best to reschedule within four weeks of the initial appointment.

Stipulation to Stay
C 3:24-cv-07805 LJC                                         1

2. Plaintiff agrees to submit all supplemental documents and evidence to USCIS seven to ten days prior to the agreed upon scheduled interview. Plaintiff agrees that failure to timely submit this evidence may result in the rescheduling of the interview at no fault of USCIS.

3. If needed by Plaintiff or her dependent(s), Plaintiff shall bring her own interpreter to her asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13. Plaintiff recognizes that failure to bring an interpreter to her interview may result in the interview being rescheduled at no fault of USCIS.

4. Upon receipt of the Asylum Office's decision, Plaintiff agrees to voluntarily dismiss the case.

5. The parties agree to bear their own litigation costs and attorney fees.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until December 19, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: August 4, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 */s/ Molly Friend*
MOLLY FRIEND
Assistant United States Attorney
Attorneys for Defendants

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: August 4, 2025

*/s/ Laure Dachelet*
LAURE DACHELET
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 11, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge